

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-16-00276-CV

**Robert Davenport and Jayne Edison**

**v.**

**Dr. Samuel Maxwell Adu-Lartey and Athletic Orthopedics and Knee Center, P.A. d/b/a AOK Orthopedics**

NO. 2014-71784 IN THE 189TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 12/19/2016 | E-PAID | ANT |
| SUPP CLK RECORD | $33.00 | 05/26/2016 | PAID | ANT |
| CLK RECORD | $582.00 | 05/06/2016 | PAID | ANT |
| MT FEE | $10.00 | 04/07/2016 | E-PAID | ANT |
| FILING | $175.00 | 04/05/2016 | E-PAID | ANT |
| STATEWIDE EFILING | $30.00 | 04/05/2016 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $840.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this 25th day of May, 2018.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**